UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:18-CV-00748-WO-JLW

LORENZO QUINTANA, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BB&T CORPORATION,

Defendant,

**CONSENT MOTION TO SUBSTITUTE PARTIES**

Pursuant to Fed. R. Civ. P. 15, and L.R. 7.3(j), Defendant BB&T Corporation, and Plaintiff Lorenzo Quintana ("Plaintiff"), hereby move to substitute Branch Banking and Trust Company ("BB&T Bank") in the place of Defendant BB&T Corporation, and to dismiss Plaintiff's claims against BB&T Corporation without prejudice. In support of this motion, the parties state:

1. Plaintiff has asserted claims against BB&T Corporation for violations of the Telephone Consumer Protection Act ("TCPA") based upon calls Plaintiff alleges he received from BB&T Corporation for an "Allen Smith . . . regarding an outstanding debt." (Doc. 1 ¶¶ 3-4.)

2. Plaintiff has been informed by counsel for Defendant that BB&T Corporation is not the correct entity to be named in this suit, and that the calls Plaintiff alleges he received from Defendant BB&T Corporation would have actually been initiated by BB&T Bank.

WBD (US) 44878293v1

3. Plaintiff agrees to voluntarily dismiss BB&T Corporation as a defendant in this action without prejudice.

4. BB&T Bank agrees to be substituted as the named defendant in this action.

5. The parties agree that the motions filed by BB&T Corporation on October 31, 2018 in response to Plaintiff's complaint (Docs. 12-14) shall be deemed to have been filed by BB&T Bank, and BB&T Bank shall be deemed to be the moving party with respect to each motion. All present deadlines will remain in effect.

WHEREFORE, the parties respectfully request that the Court enter an order substituting BB&T Bank for BB&T Corporation, and dismissing Plaintiff's claims against BB&T Corporation without prejudice.

Respectfully submitted this 7th day of November, 2018.

*/s/ Eric Troutman*
Eric Troutman*
Artin Betpera*
Susan Nikdel*
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: 657-266-1013
Email: Eric.Troutman@wbd-us.com
Email: Artin.Betpera@wbd-us.com
Email: Susan.Nikdel@wbd-us.com

*By special appearance

Brent Powell
NC Bar No. 41938
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, NC 27101

Telephone: 336-728-7023
Facsimile: 336-726-9023
Email: Brent.Powell@wbd-us.com

*Attorneys for Defendant BB&T Corporation*

By: /s/ Scott C. Harris
Scott C. Harris
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035

Joshua D. Arisohn (by special appearance)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
aobergfell@bursor.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2018, the foregoing **DEFENDANT BB&T CORPORATION'S CONSENT MOTION TO SUBSTITUTE PARTIES** was served on opposing counsel by filing the same on the CM/ECF system, which will send electronic notification to the following:

Scott C. Harris
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone:   (919) 600-5003
Facsimile:   (919) 600-5035

Joshua D. Arisohn
Andrew Obergfell
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone:   (646) 837-7150
Facsimile:   (212) 989-9163
E-Mail:   jarisohn@bursor.com
               aobergfell@bursor.com

Attorneys for Plaintiff

                                                  */s/ Eric Troutman*