# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# Case No. 1:18-CV-00748-WO-JLW

| | |
|---|---|
| LORENZO QUINTANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>Defendant, | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS** |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, Defendant Branch Banking and Trust Company respectfully submits the following Consent Motion for Extension of Time to File Reply Briefs. In support of the Motion, Defendant shows the Court as follows:

1. Plaintiff filed its Complaint on August 31, 2018. (ECF No. 1.)

2. On October 31, 2018 Defendant filed a Motion to Dismiss (ECF No. 12), Motion to Stay (ECF No. 13), and Motion to Strike Class Allegations (ECF No. 14).

3. On November 7, 2018, Plaintiff filed a Consent Motion Extending Time for Plaintiff to Oppose Defendant's Motion to Dismiss, Motion to Stay, and Motion to Strike (ECF No. 20) ("Plaintiff's Extension Motion"). Plaintiff's Extension Motion requested an extension until December 12, 2018 to file his opposition briefs. Plaintiff's Extension Motion also indicated that Plaintiff consented to a one week extension of Defendants' reply brief deadline.

4. On November 15, 2018, the Court entered an Order (ECF No. 22) granting Plaintiff's Extension Motion and setting December 12, 2018 as the deadline for Plaintiff's opposition briefs. The November 15, 2018 Order does not address Defendant's reply deadline.

5. On December 11, 2018, Plaintiff filed his opposition briefs. *See* ECF Nos. 28, 29 and 30. Defendant's reply briefs are currently due on or before December 26, 2018.

6. Due to the upcoming holidays and counsel for Defendant's schedules, Defendant respectfully requests a 16-day extension, until January 11, 2019, to file its reply briefs.

7. Plaintiff consents to the requested extension.

8. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the time for the Defendant to file its reply briefs in support of its Motion to Dismiss, Motion to Stay, and Motion to Strike until January 11, 2019.

Respectfully submitted this 14th day of December, 2018.

> */s/ Eric Troutman*
> Eric Troutman*
> Artin Betpera*
> Susan Nikdel*
> WOMBLE BOND DICKINSON (US) LLP
> 3200 Park Center Drive, Suite 700
> Costa Mesa, CA 92626
> Telephone: 657-266-1013
> Email: Eric.Troutman@wbd-us.com

2

Email: Artin.Betpera@wbd-us.com
Email: Susan.Nikdel@wbd-us.com

*By special appearance

Brent Powell
NC Bar No. 41938
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, NC 27101
Telephone: 336-728-7023
Facsimile: 336-726-9023
Email: Brent.Powell@wbd-us.com

*Attorneys for Defendant Branch Banking and Trust Company*

# CERTIFICATE OF SERVICE

   I hereby certify that on December 14, 2018, the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS** was served on opposing counsel by filing the same on the CM/ECF system, which will send electronic notification to the following:

Scott C. Harris
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035

Joshua D. Arisohn
Andrew Obergfell
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
     aobergfell@bursor.com

Attorneys for Plaintiff

               */s/ Eric Troutman*
               Eric Troutman