# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

LORENZO QUINTANA

      v.                                  Civil Action: 1:18CV00748

BRANCH BANKING AND TRUST
COMPANY

# NOTICE OF HEARING

**Take notice** that a proceeding in this case has been **set** as indicated below:

              **PLACE:**    **L. Richardson Preyer Building**
                             **324 W. Market St., Greensboro, NC**
**COURTROOM NO.:**    **1**
 **DATE AND TIME:**    **July 10, 2019 at 11:00 a.m.**
     **PROCEEDING:**    **Hearing on Pending Motions**

_____

John S. Brubaker, Clerk

By:    /s/ Kelly H. Welch, Deputy Clerk

Date:  June 21, 2019

To:    ALL COUNSEL AND/OR PARTIES OF RECORD