IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LORENZO QUINTANA,　　　　　　　）
on behalf of himself and all　）
others similarly situated,　　）
　　　　　　　　　　　　　　　　）
　　　　　Plaintiff,　　　　　　）
　　　　　　　　　　　　　　　　）
　　v.　　　　　　　　　　　　　）　　　1:18CV748
　　　　　　　　　　　　　　　　）
BRANCH BANKING AND TRUST　　　）
COMPANY,　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　）
　　　　　Defendant.　　　　　　）

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, (Doc. 68), is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56(a), (Doc. 60), is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.**

This the 11th day of June, 2020.

　　　　　　　　　　　　　　　　　　/s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge