UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LORENZO QUINTANA, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>                  Defendant. | Case No. 1:18-CV-00748-WO-JLW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Lorenzo Quintana, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on June 11, 2020 by the United States District Court for the Middle District of North Carolina (Docket Nos. 84 and 85), and from all orders, rulings, findings, and conclusions that accompany, are merged into, or otherwise precede the Judgment, including but not limited to the Court's Sealed Memorandum Opinion and Order granting Defendant's motion for summary judgment and denying Plaintiff's motion for partial summary judgment (Docket No. 84). Plaintiff appeals both the District Court's granting of Defendant's motion for summary judgment, and the denial of Plaintiff's motion for partial summary judgment.

Dated: June 18, 2020                    Respectfully submitted,

**WHITFIELD BRYSON LLP**

By: /s/ *Scott C. Harris*
      Scott C. Harris
N.C. State Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035
E-Mail: scott@whitfieldbryson.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Andrew J. Obergfell*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
       aobergfell@bursor.com

*Attorneys for Plaintiff*

*By Special Appearance

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: June 18, 2020

Respectfully submitted,

**WHITFIELD BRYSON LLP**

By: /s/ *Scott C. Harris*
      Scott C. Harris
N.C. State Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5003
Facsimile: (919) 600-5035

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Andrew J. Obergfell*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
        aobergfell@bursor.com

*Attorneys for Plaintiff*

*By Special Appearance