FILED: July 20, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1679
(1:18-cv-00748-WO-JLW)

_____

LORENZO QUINTANA, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

BRANCH BANKING AND TRUST COMPANY

      Defendant - Appellee

and

BB&T CORPORATION

      Defendant

_____

O R D E R
_____

Upon consideration of the joint motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by the United States Supreme Court in *Facebook, Inc. v. Duguid*, No. 19-511, *cert. granted*, 2020

WL 3865252 (U.S. July 9, 2020).

.

                              For the Court

                              <u>/s/ Patricia S. Connor, Clerk</u>