FILED: April 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1679
(1:18-cv-00748-WO-JLW)

_____

LORENZO QUINTANA, on behalf of himself and all others similarly situated

        Plaintiff - Appellant

v.

BRANCH BANKING AND TRUST COMPANY

        Defendant - Appellee

 and

BB&T CORPORATION

        Defendant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

                                              For the Court--By Direction

                                              /s/ Patricia S. Connor, Clerk