FILED: April 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1679
(1:18-cv-00748-WO-JLW)

_____

LORENZO QUINTANA, on behalf of himself and all others similarly situated

        Plaintiff - Appellant

v.

BRANCH BANKING AND TRUST COMPANY

        Defendant - Appellee

and

BB&T CORPORATION

        Defendant

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        */s/Patricia S. Connor, Clerk*